HERMAN WENNEMER, INC., Appellant, *v.* JOHN T. BRADY & Co., INC., Respondent.

Submitted January 14, 1952; decided January 24, 1952.

*Martin R. Harkavy* and *Henry H. Harkavy* for motion.

No one opposed.

Motion dismissed upon the ground that the order does not finally determine the action within the meaning of the Constitution.